No. 82–2107. ALABAMA v. TAYLOR. Ct. Crim. App. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 83–340. GREER, WARDEN, MENARD CORRECTIONAL CENTER v. PARISIE. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 